IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                     4:07CR00009-01-BRW

ORTAVIS ZARELL WELLS

### AMENDED AND SUBSTITUTED
### JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate certain conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of six (6) months at a designated Bureau of Prisons facility. The defendant is to be placed at a Bureau of Prisons Medical facility.

There is no supervised release to follow incarceration.

The defendant is remanded into the custody of the U.S. Marshal.

IT IS SO ORDERED this 15th day of December, 2011.

                                          /s/Billy Roy Wilson
                                  UNITED STATES DISTRICT JUDGE

supvrl.2.Wells.wpd